

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE

Appellate case name:      Manfred Fink v. Joann D. Anderson, et al.

Appellate case number:   01-14-00990-CV

Trial court case number:  2014-22740

Trial court:                    152nd District Court of Harris County

      The Court may take judicial notice of the University of Texas System's published *Regents' Rules and Regulations*, available at www.utsystem.edu/board-of-regents/rules.com, absent a valid objection filed with the Court on or before Monday, June 15, 2015.

Clerk's signature:  _____

Date:  June 9, 2015